UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MR. JAMES CHAPLIN,

          Plaintiff,

v.                          Case No. 3:08-cv-913-J-12HTS

THE STATE OF FLORIDA,
et al.,

          Defendants.

### ORDER

This cause is before the Court on the *pro se* Plaintiff's Motion Requesting Legal Forms to File Civil Action *Bivens*[1] (Doc. #1). The Clerk filed the motion as a new civil rights case. However, upon review, the Court is of the opinion that the motion should not have been opened as a new case because Plaintiff is merely requesting the proper forms so that he may properly initiate a civil rights action in this Court.

---

[1] Plaintiff is apparently referrring to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). "[A] *Bivens* suit challenges the constitutionality of the actions of federal officials. 'The effect of *Bivens* was, in essence, to create a remedy against federal officers, acting under color of federal law, that was analogous to the [42 U.S.C. §] 1983 action against state officials.'" *Abella v. Rubino*, 63 F.3d 1063, 1065 (11th Cir. 1995) (per curiam) (quoting *Dean v. Gladney*, 621 F.2d 1331, 1336 (5th Cir. 1980)).

Therefore, it is now

**ADJUDGED:**

1. The **Clerk of Court** shall send a "Civil Rights Complaint Form,"[2] an "Affidavit of Indigency" form, and a "Prisoner Consent Form and Financial Certificate" to Plaintiff. If Plaintiff elects to initiate a civil rights action, he may complete and submit these forms. Plaintiff should not place this case number on the forms. The Clerk will assign a separate case number if Plaintiff elects to file such an action. In initiating such an action, Plaintiff shall **either** file a fully completed "Prisoner Consent Form and Financial Certificate" and "Affidavit of Indigency" (if Plaintiff desires to proceed as a pauper) **or** pay the $350.00 filing fee (if Plaintiff does not desire to proceed as a pauper).

2. The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 24TH day of September, 2008.

Howell W. Melton
UNITED STATES DISTRICT JUDGE

ps 9/24
c:
James Chaplin

---

[2] Although Plaintiff states that he intends to file a *Bivens* action, he has named only state officials as potential Defendants. Thus, the Court is directing the Clerk to send the Civil Rights Complaint Form that is used to initiate an action under 42 U.S.C. § 1983.